UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYRONE PRINCE,

                Plaintiff,

-against-

THE CITY OF NEW YORK DEPARTMENT OF
HOUSING PRESERVATION & DEVELOPMENT,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 1940 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 24 2007 ★

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 15, 2007, dismissing the complaint against the City of New York Department of Housing Preservation and Development; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint against the City of New York Department of Housing Preservation and Development is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
         August 23, 2007

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court